**Opinion issued May 29, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-14-00056-CV

—————————————

**ODS INTERNATIONAL, INC. AND RICHARD HANCOCK, Appellants**

**V.**

**ARCHER WELL COMPANY, INC., SUCCESSOR TO IRONGATE TUBULAR SERVICES, LLC F/K/A ARCHER TUBULAR SERVICES, LLC F/K/A ALLIS–CHALMERS TUBULAR SERVICES, LLC, Appellee**

---

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Case No. 2012-21244A**

---

## MEMORANDUM OPINION

Appellants, ODS International, Inc. and Richard Hancock, and appellee,

Archer Well Company, Inc., successor to IronGate Tubular Services, LLC f/k/a

Archer Tubular Services, LLC f/k/a Allis–Chalmers Tubular Services, LLC, have settled their dispute and jointly move to dismiss the appeal. We grant their motion.

All disputes in this case having been settled, at the parties' request, we dismiss the case.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Massengale.